SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 99-051 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING HEARING |
| v. | ) | |
| Francisco-Olivera, | ) | Date: April 26, 2019<br>Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |

Defendant FRANCISCO-OLIVERA, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for March 29, 2019 to April 26, 2019 and that date is available with the Court.

1

The time is necessary to complete research and investigation. The parties further agree that the above reason constitutes good cause to exclude the time until the April 26, 2019 status conference. Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted

Dated: March 28, 2019        /s/ Shari Rusk
                             Attorney for Defendant
                             Defendant Francisco-Olivera


                             /s/ Jason Hitt
                             Jason Hitt
                             Assistant United States Attorney


**ORDER**

It is so ordered.

**Dated: March 29, 2019**

GARLAND E. BURRELL,
Senior United States