```
 1  SHARI RUSK, Bar. No. 170313
    Attorney at Law
 2  P.O. Box 188945
    Sacramento, California  95818
 3  Telephone: (916) 804-8656

 4

 5

 6

 7                 IN THE UNITED STATES DISTRICT COURT

 8             FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,       )  CASE NO. 99-051 GEB
                                    )
11             Plaintiff,           )  STIPULATION AND ORDER
                                    )  CONTINUING HEARING
12  v.                              )
                                    )  Date:  July 12, 2019
13  Francisco-Olivera,              )  Time:  9:00 a.m.
                                    )
                                       Judge: Hon. Garland E.
14             Defendant.           )  Burrell, Jr.
                                    )
15                                  )
                                    )
16                                  )
                                    )
17                                  )
                                    )
18  _____

19

20     Defendant FRANCISCO-OLIVERA, his undersigned counsel and

21  plaintiff, United States of America, hereby stipulate through their

22  respective attorneys to continue the status conference previously set

23  for May 31, 2019 to July 12, 2019 and that date is available

24  with the Court.
```

1

The time is necessary to complete research and investigation. The parties further agree that the above reason constitutes good cause to exclude the time until the July 12, 2019 status conference. Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted

Dated: May 29, 2019

It is so ordered.

Dated:  May 30, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

/s/ Shari Rusk
Attorney for Defendant
Defendant Francisco-Olivera

/s/ Jason Hitt
Jason Hitt
Assistant United States Attorney

**ORDER**