SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 99-051 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING HEARING |
| v. | ) | |
| | ) | Date: August 16, 2019 |
| Francisco-Olivera, | ) | Time: 9:00 a.m. |
| | ) | |
| | ) | Judge: Hon. Garland E. |
| Defendant. | ) | Burrell, Jr. |

Defendant FRANCISCO-OLIVERA, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for July 12, 2019 to August 16, 2019 and that date is available with the Court.

1

The time is necessary to complete research and investigation. The parties further agree that the above reason constitutes good cause to exclude the time until the August 16, 2019 status conference. Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted

Dated: July 9, 2019,   /s/ Shari Rusk
                       Attorney for Defendant
                       Defendant Francisco-Olivera


/s/ Jason Hitt
Jason Hitt
Assistant United States Attorney


**ORDER**

It is so ordered.

**Dated: July 11, 2019**

GARLAND E. BURRELL,
Senior United States