1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4

5

6

7                 IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )  CASE NO. 99-051 GEB
                                    )
11                    Plaintiff,    )  STIPULATION AND ORDER
                                    )  CONTINUING HEARING
12 v.                               )
                                    )
                                    )  Date:   October 25, 2019
13 Francisco-Olivera,               )  Time:   9:00 a.m.
                                    )
                                       Judge:  Hon. Garland E.
14                    Defendant.    )  Burrell, Jr.
                                    )
15                                  )
                                    )
16                                  )
                                    )
17                                  )
                                    )
18 _____

19

20      Defendant FRANCISCO-OLIVERA, his undersigned counsel and

21 plaintiff, United States of America, hereby stipulate through their

22 respective attorneys to continue the status conference previously set

23 for September 20, 2019 be continued to October 25, 2019 and that date

24 is available with the Court.

The time is necessary to complete research and investigation. The parties further agree that the above reason constitutes good cause to exclude the time until the October 25, 2019 status conference. Time should be excluded pursuant to the

1  Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the
2  reasons stated above.

5
                                    Respectfully submitted
6
   Dated: September 19,        /s/ Shari Rusk
   2019                        Attorney for Defendant
7                              Defendant Francisco-Olivera

8

9
                              /s/ Jason Hitt
10                            Jason Hitt
                              Assistant United States Attorney
11

12

13
                                    **ORDER**
14

15    It is so ordered.

16

17

                              Hon. Garland E. Burrell, Jr.
21                            United States District Court Judge

22

23

24

25

26

27

28