McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:99-CR-051 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING STATUS CONFERENCE FOR ADMIT OR DENY HEARING ON PETITION ALLEGING SUPERVISED RELEASE VIOLATIONS; [PROPOSED] ORDER |
| v. | |
| FRANCISCO OLIVERA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 25, 2019, to address the pending petition alleging that the defendant violated the terms of his supervised release.

2. By this stipulation, defendant now moves to continue the status conference until November 15, 2019.

3. The parties agree and stipulate, and provide the following grounds for the requested continuance of the status conference:

   a) The parties are working with the Stanislaus County District Attorney's Office and the Probation Officer to seek a global resolution of defendant's pending violations and charges in Stanislaus County Superior Court.

b) Counsel for defendant experienced a family medical emergency and must be out of the state for a number of weeks to attend to the emergency. Additional time will allow defense counsel to return from the emergency and seek a conclusion to this case.

c) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: October 22, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated: October 22, 2019

/s/ *Shari Rusk, Esq.*
Shari Rusk, Esq.
Counsel for Defendant
FRANCISCO OLIVERA
Authorized to sign for Ms. Rusk
on 10-22-19

## [PROPOSED] ORDER

The Court vacates the previous status conference for defendant Francisco Olivera on his pending petition alleging supervised release violations and resets the matter for further status conference on the petition for November 15, 2019, at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 22, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION RE: STATUS CONFERENCE FOR ADMIT OR DENY HEARING

3