UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 30, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANCISCO OLIVERA,

Defendant.

Case No. 2:99-CR-00051-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release FRANCISCO OLIVERA, Case No. 2:99-CR-00051-MCE Charge 18 U.S.C. § 3606, from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): Released pending State Charges. A Further Hearing is set for April 30, 2020 at 9:30 AM in Courtroom 2.

Issued at Sacramento, California on January 30, 2020 at 9:55 AM.

By: _____
District Judge Troy L. Nunley