SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Telephone: (916) 804-8656

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:99-cr-00051-MCE |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING HEARING** |
| FRANCISCO OLIVERA, | |
| Defendant. | |

Defendant FRANCISCO OLIVERA, his undersigned counsel and Plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for June 18, 2020 to August 27, 2020, and that date is available with the Court.

The time is necessary to complete research and investigation. The parties further agree that the above reason constitutes good cause to exclude the time until the August 27, 2020 status conference. Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), for the reasons stated above. The Court also finds

///

///

///

1 that the ends of justice are served by granting Defendant's request for a continuance
2 outweigh the best interest of the public and the Defendant in a speedy trial.

3     Dated: June 19, 2020    Respectfully submitted,

5 /s/ Shari Rusk
Shari Rusk
Attorney for Defendant
6 Francisco Olivera

8 /s/ Jason Hitt
Jason Hitt
Assistant United States Attorney

**ORDER**

13 IT IS SO ORDERED.

15 Dated: June 19, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE