**SHARI RUSK, Bar No. 170313**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone: (916) 804-8656
Email: rusklaw@att.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:99-cr-00051-MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING** |
| v. | |
| FRANCISCO OLIVERA, | Date: August 27, 2020<br>Time: 9:00 a.m. |
| Defendant. | |

Defendant FRANCISCO OLIVERA, his undersigned counsel and plaintiff, UNITED STATES OF AMERICA, hereby stipulate through their respective attorneys to continue the status conference previously set for August 27, 2020 to October 29, 2020, and that date is available with the Court.

The time is necessary to complete research and investigation. The parties further agree that the above reason constitutes good cause to exclude the time until the

////
///
///
///
///
///

1

1 October 29, 2020 status conference.  Time should be excluded pursuant to the Speedy
2 Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated:  June 15, 2020        /s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Francisco Olivera


/s/ Jason Hitt
Jason Hitt
Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

Dated:  August 26, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE