SHARI RUSK, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone: (916) 804-8656

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>FRANCISCO OLIVERA,<br><br>                    Defendant. | CASE NO. 2:99-CR-51-MCE<br><br>STIPULATION AND ORDER CONTINUING HEARING<br><br>DATE: October 29, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

      Defendant Francisco Olivera, his undersigned counsel and Plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference regarding his admit/deny hearing previously set for October 29, 2020 to January 21, 2021 and that date is available with the Court. Mr. Olivera's previously filed stipulation (ECF No. 414) is WITHDRAWN and VACATED.

      Mr. Olivera expects to resolve his state matter prior to that date and the parties expect that will aid in the resolution of his federal supervised release violation.

///

///

///

///

///

///

///

///

1

IT IS SO STIPULATED.

Dated: November 19, 2020        /s/ SHARI RUSK
                                SHARI RUSK
                                Attorney for Defendant
                                Francisco Olivera

Dated: November 19, 2020        /s/ JASON HITT
                                JASON HITT
                                Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 20, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2