**SHARI RUSK:  170313**
Attorney at Law
P.O. Box 188945
Sacramento, CA 95818
Telephone: (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant**
**FRANCISCO OLIVERA**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                            **Plaintiff,**<br><br>         v.<br><br>**FRANCISCO OLIVERA,**<br><br>                            **Defendant.** | No. 99-cr-051 MCE<br><br>**REQUEST TO PROCEED WITH ADMIT/DENY HEARING; WAIVER**<br>Court: Hon. Morrison C. England<br>Date:  FEBRUARY 4, 2021<br>Time:  10:00 a.m. |

     Pursuant to the Coronavirus Aid, Relief, and Economic Security (CARES) Act, H.R. 748 (March 27, 2020) and the Court's General Order 614 of March 30, 2020, defendant Francisco Olivera hereby requests the Court to waive his physical appearance and permit him to appear by videoconference or telephonically for the admit/deny hearing set for February 4, 2021. In General Order 614, the Court found that such hearings generally cannot be conducted in person in this district without seriously jeopardizing public health and safety. The Court authorized the use of videoconferencing if "for specific reasons, . . . that case cannot be further delayed without serious harm to the interests of justice." An admit/deny hearing in Mr. Olivera's case cannot be further delayed without serious harm to the interests of justice. Mr. Olivera has told counsel that he consents to disposition hearing via the videoconference/teleconference procedure set forth in the CARES Act and adopted by

the Court in General Order 614, and that she further consents to having her appearance waived. That consent need not be in writing. (Gen. Order 614, p. 2.)

To the extent that Mr. Olivera has a right to have the Judge be personally present in Court at the time of hearing, he waives that right, whether it arises under the Federal Rules of Criminal Procedure, the United States Code, the U.S. Constitution, or any other law. He further waives any claim of error, on any basis, that these hearings should not have been held without the Judge or parties being physically present in Court.

It is his personal and specific request to be appear as soon as the Court is able. He makes this request mindful of the fact that the Judge, although observing the proceedings via video or telephone, may be less able to personally observe his physical demeanor.

I hereby concur in my client's request and waiver. Respectfully Submitted,

Dated: February 3, 2021

SHARI RUSK

*/s/ SHARI RUSK*

 Attorney for Defendant

FRANCISCO OLIVERA

/s/ FRANCISCO OLIVERA


IT IS SO ORDERED.

Dated:  February 8, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE